U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**
JUL - 2 2025
AT____ O'CLOCK
John M. Domurad, Clerk - Plattsburgh

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No. 8:25-CR-276 (MAD) |
| | ) | |
| v. | ) | **Indictment** |
| | ) | |
| **WILLIAM J. O'REILLY,** | ) | Violations: 8 U.S.C. § 1324(a)(1)(A)(i) and (v)(I) |
| | ) | [Conspiracy to Commit Alien Smuggling] |
| **Defendant.** | ) | |
| | ) | 8 U.S.C. § 1324(a)(2) |
| | ) | [Alien Smuggling] |
| | ) | |
| | ) | 8 Counts |
| | ) | |
| | ) | Counties of Offenses: Clinton and St. Lawrence |

## THE GRAND JURY CHARGES:

### COUNT 1
[Conspiracy to Commit Alien Smuggling]

Between on or about June 11, 2024 and on or about November 10, 2024, in Clinton and St. Lawrence Counties in the Northern District of New York, and elsewhere, the defendant, **WILLIAM J. O'REILLY**, and others, conspired to commit alien smuggling by, knowing that one or more persons were aliens, bringing and attempting to bring to the United States in any manner whatsoever such persons at a place other than a designated port of entry, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(i) and (v)(I).

### COUNTS 2 THROUGH 8
[Alien Smuggling]

On or about the following dates, in the following counties in the Northern District of New York, **WILLIAM J. O'REILLY**, knowing and in reckless disregard of the fact that aliens believed to have the following initials had not received prior official authorization to come to,

enter, and reside in the United States, brought and attempted to bring to the United States in any manner whatsoever, such aliens:

| Count | Date | County | Alien's Initials |
|---|---|---|---|
| 2 | October 29, 2024 | St. Lawrence | A.W. |
| 3 | October 29, 2024 | St. Lawrence | W.M. |
| 4 | November 6, 2024 | Clinton | A.C. |
| 5 | November 6, 2024 | Clinton | E.C. |
| 6 | November 10, 2024 | St. Lawrence | A.B. |
| 7 | November 10, 2024 | St. Lawrence | J.R. |
| 8 | November 10, 2024 | St. Lawrence | L.H. |

all in violation of Title 8, United States Code, Section 1324(a)(2). Counts 2 through 8 were done for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii). Counts 2 and 3 were the defendant's first and second violations of Title 8, United States Code, Section 1324(a)(2)(B)(ii), in violation of Title 8, United States Code, Section 1324(a)(2)(B). Counts 4 through 8 were the defendant's third through seventh violations of Title 8, United States Code, Section 1324(a)(2)(B)(ii), in violation of Title 8, United States Code, Section 1324(a)(2)(B).

Dated:   July 2, 2025

A TRUE BILL,

*name redacted

———
Grand Jury Foreperson

JOHN A. SARCONE III
United States Attorney

By: *[signature]*
Carling Dunham
Assistant United States Attorney
Bar Roll No. 703858